[No. 1798–3. Division Three. June 30, 1977.]

WOODLAND WATER ASSOCIATION, *Respondent,* v.
MAX L. HUNT, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Chelan County, No. 29212, Charles W. Cone, J. Pro Tem.,

entered December 3, 1975. *Affirmed as modified* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.